The People of the State of New York, Respondent, v. Miles Gould, Appellant.—

Hill, P. J., Crapser, Schenck and Foster, JJ., concur; Heffernan, J., dissents. I dissent and vote to reverse the judgment of conviction on the ground that the remarks of the District Attorney were prejudicial and inflammatory. The trial court made a serious error in permitting such an unwarranted license of tongue.

In the Matter of Joseph Keenan, Appellant, against Walter B. Martin et al., Constituting the Prison Board at Clinton Prison, Respondents.—

Crapser, Heffernan, Schenck and Foster, JJ., concur; Hill, P. J., concurs solely upon the ground that mandamus may not be resorted to in matters of this kind. The petitioner is entitled to a total of seventeen and one-half days per month as compensation and commutation. (*People ex rel. Hammond* v. *Martin,* 261 App. Div. 648.) [See *post,* p. 1029.]